<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| JOSE L. RODRIGUEZ,          )<br>                             )<br>          Plaintiff          )<br>                             )<br>     vs.                     )<br>                             )<br>CAROLYN W. COLVIN,           )<br>  Acting Commissioner of the )<br>  Social Security Administration )<br>                             )<br>          Defendant          )<br>                             )<br>SOCIAL SECURITY ADMINISTRATION )<br>                             )<br>          Interested Party   ) | Civil Action<br>No. 13-cv-02205 |

### **O R D E R**

NOW, this 22nd day of July, 2015, upon consideration of the following documents:

(1) Complaint filed August 30, 2013;

(2) Answer filed October 31, 2013;

(3) Plaintiff's Brief and Statement of Issues in Support of Request for Review and Motion for Summary Judgment filed December 4, 2013;

(4) Defendant's Response to Request for Review of Plaintiff, which response was filed February 5, 2014;

(5) Plaintiff's Reply Brief filed February 14, 2014; and

(6) Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated and filed June 30, 2015;

after a thorough review of the record in this matter; it

appearing that neither party filed objections to Magistrate

Judge Lloret's Report and Recommendation; it further appearing that Magistrate Judge Lloret's Report and Recommendation correctly determined the legal and factual issues presented in this case,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Lloret is approved and adopted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration and against plaintiff Jose L. Rodriguez.

IT IS FURTHER ORDERED that the decision of the Commissioner dated August 18, 2011 and affirmed by the Appeals Council on February 22, 2013 is affirmed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge